**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 MENDEZ,

                                       **ORDER**
                 Plaintiff,

                             **25-cv-2603 (DEH) (JW)**

             -against-

TAVERN 62 LLC *et. al*,

                 Defendant.
-------------------------------------------------------------------X
**JENNIFER E. WILLIS, United States Magistrate Judge:**

On December 3, 2025, the Court referred the case for mediation because the parties communicated a desire to mediate. Dkt. No. 20. On March 26, 2026, the Report of Mediator to the Clerk noted that the mediation was not held because one or both parties failed, refused to attend, or refused to participate in the mediation. Dkt. No. 21.

The parties are to jointly file a letter by **May 3, 2026** (1) explaining who refused to attend mediation and why and (2) updating the Court on the status of discovery.

SO ORDERED.

DATED:     New York, New York
               March 27, 2026

                              *Jennifer E. Willis*
                              JENNIFER E. WILLIS
                              United States Magistrate Judge