UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

NATALIA MENDEZ,

                                    Plaintiff,

                -against-

BIRRIALES INC., and
TAVERN 62 LLC, and 135 OPERATING CORP.,

                                    Defendants.

-------------------------------------------------------X

*Civil Action No.*

1:25-cv-02603-DEH-JW

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, NATALIA MENDEZ and Defendants, TAVERN 62 LLC, and 135 OPERATING CORP., hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a forty-five (45) day order be issued.

Dated: March 30, 2026

By:_____
      Bradly G. Marks
      The Marks Law Firm, PC
      155 E 55th Street, Suite 4H
      New York, NY 10022
      T:(646) 770-3775